IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANDRE FRAGHER,                                      *

        Plaintiff,                                  *

v.                                                  Case No. 5:25-cv-00510-TES-CHW

                                *

GWINNETT COUNTY DEPARTMENT OF
CORRECTIONS,                                        *

        Defendant.                                  *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 5, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of March, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk